IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 16-153-2 |
| JEREMIAH BARROW | : | |

**ORDER**

AND NOW, this 24 day of July, 2018, upon consideration of the Government's Motion To Dismiss Counts Three through Five From The Superseding Indictment, it is hereby ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), that Counts Three through Five, are dismissed from the Superseding Indictment as to defendant Jeremiah Barrow only in this case.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*